UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                              NO. CIV. S-05-1538 LKK/GGH

      Plaintiff,

  v.                              O R D E R

LISA A. BELLECCI; and
MARK A. PETRIE,

      Defendants.
                               /

    The court is in receipt of plaintiff's request to continue the Status Conference currently set for October 17 at 10:30 a.m. Good cause having been shown, the Status Conference is CONTINUED to December 12, 2005 at 1:30 p.m. The parties are reminded of their obligation to file status reports ten days preceding the conference.

    IT IS SO ORDERED.

    DATED: October 11, 2005

                                      /s/Lawrence K. Karlton
                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT