UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

LISA A. BELLECCI,

      Defendant.

_____/

NO. CIV. S-05-1538 LKK/GGH

O R D E R

The court is in receipt of the parties' stipulation to extend scheduling order dates. Counsel for defendants has filed a motion to withdraw from representation, which will be heard on January 16, 2006. Plaintiff intends to file a motion for summary judgment, which, pursuant to the current scheduling order, would need to be heard prior to January 20, 2007.

In light of the foregoing, the court orders that all dates previously set in this case, with the exception of the hearing for the motion to withdraw, are hereby VACATED. The court will hold a further scheduling conference upon disposition of the pending

////

////

1 motion.  Counsel for defendants is ordered to serve a copy of this
2 order on his clients.
3      IT IS SO ORDERED.
4      DATED: December 13, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2