UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

LISA A. BELLECCI,

    Defendant.

    NO. CIV. S-05-1538 LKK/GGH

O R D E R

/

Pending on the court's January 16, 2007 law and motion calendar is a motion to withdraw filed by counsel for defendants. The court decides the matter based on the papers and without oral argument.

Local Rule 83-182(d) provides that:

> An attorney who has appeared may not withdraw leaving the client in propria persona without leave of Court upon noticed motion and written notice to the client and all other parties who have appeared...Withdrawal as attorney is governed by the Rules of Professional Conduct of the State Bar of California, and the attorney shall conform to the requirements of those Rules. The authority and duty of the attorney of record shall continue until relieved by order of the Court issued hereunder. Leave to withdraw may be granted subject to such appropriate conditions as the Court deems fit.

Local Rule 83-182(d). The Rules of Professional Conduct of

the State Bar of California state that:

> A member representing a client before a tribunal shall withdraw from employment with the permission of the tribunal, if required by its rules, and a member representing a client in other matters shall withdraw from employment, if:
>
> (3) The member's mental or physical condition renders it unreasonably difficult to carry out the employment effectively.

Rules of Professional Conduct of the State Bar of California, Rule 3-700(B).

Counsel has made a showing that given his current medical condition he cannot adequately continue his representation of defendants. Counsel informed defendants of his medical condition on October 23, 2006 and instructed them to seek alternate counsel. Counsel also served a copy of his motion to withdraw on defendants on December 8, 2006. Accordingly, the court orders as follows:

1. The motion to withdraw as counsel for defendants is GRANTED.
2. The hearing on the motion to withdraw, originally set for January 16, 2007, is VACATED.
3. Defendants shall inform the court in writing within thirty (30)days of the date of this order of the name of their new attorney or of their intent to proceed <u>pro per</u>.
4. Counsel is directed to release all client papers and property to clients within fifteen (15) days of the date of this order, including correspondence, pleadings, deposition transcripts, exhibits, physical evidence,

2

```
1        expert reports, and other items reasonably necessary to
2        the clients' representation, whether the clients have
3        paid for them or not, in accordance with Rule 3-700(D)
4        of the California Rules of Professional Conduct.
5   5.   A status conference is SET for February 26, 2007 at 2:30
6        p.m. in Courtroom 4.
7   6.   Counsel is directed to serve a copy of this order on
8        defendants.
9   IT IS SO ORDERED.
10  DATED: January 4, 2007.
```

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3