UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

LISA A. BELLECCI,

    Defendant.
_____/

NO. CIV. S-05-1538 LKK/GGH

O R D E R

    A status conference is currently set in the above-captioned case for February 26, 2007. Previously, the court granted a motion to withdraw filed by defendant's counsel on January 5, 2007 and instructed defendant to inform the court in writing within 30 days of her intent to proceed pro se, or with the name of her new attorney. Defendant has not done so, nor has she submitted a status report

    Accordingly, the court orders as follows:

1. Defendant is hereby ORDERED TO SHOW CAUSE in writing by March 16, 2007 why sanctions should not issue in the above-captioned case in the amount of One Hundred Fifty Dollars ($150), as permitted by Local Rule 11-110, for

1       the failure to file a timely status report or comply
2       with the court's January 5, 2007 order.
3   2.  The status conference currently set for February 26,
4       2007 is hereby CONTINUED to April 2, 2007 at 10:00 a.m.
5   3.  The clerk's office is directed to serve this order to:
6           Lisa Bellecci
            157 Terrybrook Lane
7           Vallejo, CA 94691
8   IT IS SO ORDERED.
9   DATED: February 22, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2