1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9

UNITED STATES OF AMERICA,

10          Plaintiff,

11                                          NO. CIV. S-05-1538 LKK/GGH

    v.

12

LISA A. BELLECCI,

13                                          O R D E R

          Defendant.

14 _____/

15      On February 22, 2007, the court ordered defendant Lisa Belleci

16 to show cause by March 16, 2007 why sanctions should not issue for

17 the failure to file a timely status report.  Previously, on January

18 5, 2007, the court granted a motion to withdraw filed by

19 defendants' counsel and instructed defendants to inform the court

20 within 30 days of their intention to proceed pro se, or of the name

21 of their new counsel.  The defendants also neglected to comply with

22 this order.

23      The order to show cause should have been directed at and

24 served upon both defendant Lisa Bellecci and defendant Mark Petrie.

25 The February 22, 2007 order also continued the status conference

26 to April 2, 2007.  Defendant Petrie was not served with the

1  February 22, 2007 order until March 16, 2007, by mail.

2       Accordingly, the court hereby orders as follows:

3       1.   Defendant Lisa Belleci and Mark Petrie are hereby

4            ORDERED TO SHOW CAUSE in writing by April 13, 2007 why

5            sanctions should not issue in the above-captioned case

6            in the amount of One Hundred Fifty Dollars ($150) each,

7            as permitted by Local Rule 11-110, for the failure to

8            file a timely status report.

9       2.   The status conference currently set for April 2, 2007 is

10           hereby CONTINUED to April 23 at 2:30 p.m.

11      3.   The clerk's office is directed to serve a copy of this

12           order on:

13               Lisa Belleci
                 157 Terrybrook Lane
14               Vallejo, CA 94591

15               Mark Petrie
                 157 Terrybrook Lane
16               Vallejo, CA 94591

17      IT IS SO ORDERED.

18      DATED: March 19, 2007.

19

20

21                          LAWRENCE K. KARLTON
                            SENIOR JUDGE
22                          UNITED STATES DISTRICT COURT

23

24

25

26

                                2