UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

                                     NO. CIV. S-05-1538 LKK/GGH

    v.

LISA A. BELLECCI,

                                       O R D E R

       Defendant.

_____/

    Previously, the court granted a motion to withdraw filed by defendants' counsel and instructed defendants to inform the court of their intention to proceed pro se or of the name of their new counsel. After an order to show cause, defendant Bellecci has informed the court that she has been unable to obtain counsel despite her best efforts.

    Accordingly, the court orders as follows:

    1.   This matter is REFERRED to the Honorable Gregory G. Hollows for all further pretrial proceedings, pursuant to L.R. 72-302(c)(21).

    2.   The status conference currently set for April 23, 2007 at 3:00 p.m. is hereby VACATED.

```
1       3.   The order to show cause imposed on March 20, 2007 is
2            hereby DISCHARGED.
3  IT IS SO ORDERED.
4  DATED: April 17, 2007.
```

                                  /s/ Lawrence K. Karlton
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT