IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LISA A. BELLECCI, MARK A. PETRIE,<br><br>    Defendants.<br>_____/ | NO. CIV. S-05-1538 LKK GGH PS<br><br>AMENDED STATUS<br>(PRETRIAL SCHEDULING)<br>ORDER |

This case was referred to the undersigned for case management on April 17, 2007, pursuant to E.D. Cal. L.R. 72-302(c)(21), following the withdrawal of defendants' counsel. Discovery closed November 12, 2006.  On May 10, 2007, this court issued a scheduling order for the remaining dates, which now requires amendment.  Accordingly, IT IS HEREBY ORDERED that:

    1.    All pretrial motions shall be heard on or before August 30, 2007.

    2.    The government's motion for partial summary judgment shall be heard by the undersigned on August 9, 2007, at 10:00 a.m. in Courtroom No. 24.

    3.    Pretrial conference shall be held before the Honorable Lawrence K. Karlton on November 5, 2007, at 2:00 p.m. in Courtroom No. 4.

1  4.   Jury trial shall commence before the Honorable Lawrence K. Karlton on February
2  5, 2008, at 10:30 a.m. in Courtroom No. 4.
3  DATED: 6/19/07                            /s/ Gregory G. Hollows

                                             GREGORY G. HOLLOWS
                                             U.S. MAGISTRATE JUDGE

GGH5:Bell1538.sch.ord II