IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                               No. CIV S-05-1538 LKK GGH PS

    vs.

LISA A. BELLECCI,                             <u>ORDER</u>
MARK A. PETRIE,

    Defendants.
_____/

        Presently pending on this court's law and motion calendar for August 9, 2007 is plaintiff's motion for partial summary judgment. The hearing is hereby vacated and the motion is submitted for decision on the papers. Should the court later determine oral argument would be helpful, the motion will be rescheduled for hearing at a time convenient to the parties and their counsel.

        SO ORDERED.

DATED: 8/3/07                                  /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  U. S. MAGISTRATE JUDGE

GGH5:Bellecci1538.f&r

1