IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                    NO. CIV. S-05-1538 LKK GGH PS

LISA A. BELLECCI, MARK A. PETRIE,

    Defendants.                          <u>ORDER</u>

_____/

        Nearly two weeks after this court's August 3, 2007 order submitting plaintiff's motion for partial summary judgment for decision on the papers, defendants filed a letter requesting additional time to submit further evidence.  The letter recounts defendants' difficulties with their computer and in communicating with plaintiff's counsel, and expresses their strenuous objections to this action.  In their letter, defendants assert generally the documentation they timely submitted July 26, 2007 was "incomplete" and "not up to our expectations or standards."  However, defendants fail to identify what evidence is lacking from their submission and how it may be relevant to the court's resolution of the pending motion.

        Defendants have failed to show their timely submission of evidence in opposition to plaintiff's motion for partial summary judgment was incomplete, and therefore to demonstrate

\\\\\

1

1  good cause for reopening the matter.  Accordingly, defendants' request filed August 15, 2007, is
2  hereby denied.
3  DATED: 8/28/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

6  GGH5:Bell1538.ord