1  McGREGOR W. SCOTT
   United States Attorney
2  CATHERINE CERNA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2762

5  Attorneys for Plaintiff
   United States of America
6

7

8  LISA BELLECCI
   MARK PETRIE
   157 Terrybrook Lane
9  Vallejo, CA 94691

10 Appearing *pro se*

11

12
                IN THE UNITED STATES DISTRICT COURT
13
              FOR THE EASTERN DISTRICT OF CALIFORNIA
14

15
   UNITED STATES OF AMERICA,    )   CIV. S-05-1538 LKK/GGH-PS
16                              )
         Plaintiff,             )   STIPULATION TO VACATE PRETRIAL
17                              )   SCHEDULING ORDER DATES PENDING
         v.                     )   RULING ON MOTION FOR PARTIAL
18                              )   SUMMARY JUDGMENT AND RESOLUTION
   LISA A. BELLECCI, MARK A.    )   OF DEFENDANT PETRIE'S BANKRUPTCY
19 PETRIE,                      )
                                )
20       Defendants.            )
                                )
21 ─────────────────────────────

22         The parties hereby stipulate that all upcoming dates

23 set by this Court's May 10, 2007 Pretrial Scheduling Order be

24 vacated pending the Court's ruling on Plaintiff's Motion for

25 Partial Summary Judgment and resolution of the bankruptcy filed

26 by defendant Mark Petrie.

27 ///

28

                                1

1       Pursuant to this Court's May 10, 2007, Pretrial Scheduling
2  Order, this matter is set for Pretrial Conference on September
3  24, 2007, and trial is set for January 15, 2008.  On June 11,
4  2007, plaintiff filed its Motion for Partial Summary Judgment
5  against defendant Lisa Bellecci.  The Court has taken the matter
6  under submission.  Moreover, defendant Mark Petrie filed
7  bankruptcy in the Eastern District of California on May 15, 2007;
8  based on the automatic stay, plaintiff therefore cannot proceed
9  against Petrie pending resolution of the bankruptcy.
10 Accordingly, this case is not ready for trial or pretrial
11 proceedings as scheduled.  For these reasons, the parties ask the
12 Court to vacate the above-referenced Pretrial Scheduling Order
13 dates.  The parties will file a Status Report following the
14 issuance of the Court's ruling on the Motion for Partial Summary
15 Judgment.
16      Respectfully submitted,
17
18 **FOR PLAINTIFF THE UNITED STATES:**
19
20 DATED: September 7, 2007          McGREGOR W. SCOTT
                                     United States Attorney
21
22
                                     /S/CATHERINE J. CERNA
23                                   CATHERINE J. CERNA
                                     Assistant U.S. Attorney
24 ///
25 ///
26 ///
27 ///
28

1 | **FOR DEFENDANTS:**

3 | DATED: September 7, 2007

   ——————————————
   LISA BELLECCI

7 | DATED: September 7, 2007

   ——————————————
   MARK PETRIE

1 **ORDER**

2      Good cause having been shown and based on this stipulation,
3 IT IS HEREBY ORDERED that the Pretrial Conference and Trial dates
4 set by the May 10, 2007, Pretrial Scheduling Order are vacated.
5 The parties will file separate Status Conference Statements
6 notifying the Court of the status of the bankruptcy within 30
7 days following this Court's ruling on plaintiff's Motion for
8 Partial Summary Judgment.

10      IT IS SO ORDERED,
11 Dated: 9/13/07            /s/ Gregory G. Hollows
12                           THE HONORABLE GREGORY G. HOLLOWS
                             United States Magistrate Judge
13
   orders.ps.Bellecci.Stip

4