IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CIV S-05-1538 LKK GGH PS |
| vs. | |
| LISA A. BELLECCI,<br>MARK A. PETRIE, | ORDER |
| Defendants. | |
| _____/ | |

Defendant Bellecci signed neither her "Memorandum in Opposition to Plaintiff's Motion for Summary Judgment" nor "Response to Summary Judgment Statement of Disputed and Nondisputed Facts in Opposition to Partial Summary Judgment," both filed July 26, 2007. Defendant's signature is required pursuant to E. D. Cal. L. R. 7-131(b) and Fed. R. Civ. P. 11(a). See also Fed. R. Civ. P. 56(e).

Accordingly, defendant is hereby directed to serve and file, on or before January 7, 2008, a signed statement endorsing her authorship of the above-noted filings and their

\\\\\

\\\\\

\\\\\

1

1 authenticity; failure to serve and file such statement will require that the court disregard
2 defendant's documents.
3         SO ORDERED.
4 DATED: 12/21/07                        /s/ Gregory G. Hollows

                                           GREGORY G. HOLLOWS
                                           U. S. MAGISTRATE JUDGE

GGH5:Bellecci1538.order