IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,        No. CIV S-05-1538 LKK GGH PS

 vs.

LISA A. BELLECCI, MARK A. PETRIE,     <u>**ORDER**</u>

   Defendants.
_____/

   Pursuant to this court's order filed December 21, 2007, defendant Lisa Bellecci has filed a statement signed January 4, 2008, declaring her authorship of the briefs filed July 26, 2007, entitled "Memorandum in Opposition to Plaintiff's Motion for Summary Judgment" and "Response to Summary Judgment Statement of Disputed and Nondisputed Facts in Opposition to Partial Summary Judgment," and declaring the authenticity of defendant's exhibits attached thereto. Defendant's statement was submitted to chambers without filing and without demonstration of service upon plaintiff.

   Accordingly, the Clerk of Court is hereby directed to separately file defendant's Declaration and to serve both this order and defendant's Declaration upon plaintiff and defendants. No further briefing is required pending this court's determination of plaintiff's motion for partial summary judgment.

1

SO ORDERED.

DATED: Jan. 14, 2008

_____
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH5:Bellecci1538.ord2