IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                      CIV-S-05-1538 LKK GGH PS

    vs.

LISA A. BELLECCI,
MARK A. PETRIE,

    Defendants.                                 ORDER

_____/

        On March 26, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  No objections were filed.

        Accordingly, the court presumes any findings of fact are correct.  See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed March 26, 2008, are ADOPTED; and

2. The motion of plaintiff United States for partial summary judgment against defendant Bellecci, on plaintiff's third and fourth causes of action (Docket No. 41), is DENIED. These matters are subject to a trial that includes Bellecci's affirmative defenses.

3. Further, since the bankruptcy case of co-defendant Mark Petrie has now been terminated (see Bank Pet. No. 07-27777, terminated March 28, 2008), this matter shall proceed to trial. Subject to the instructions and requirements set forth in the court's original scheduling order filed December 15, 2005, the Final Pretrial Conference is now set for July 7, 2008, at 3:00 p.m., in Courtroom No. 4. A jury trial, estimated to take approximately four days, shall commence on October 7, 2008, at 10:30 a.m., in Courtroom No. 4.

DATED: June 12, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2